ACCEPTED
03-15-00509-CV
7995768
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/25/2015 2:50:44 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00509-CV
# IN THE COURT OF APPEALS
## FOR THE THIRD DISTRICT OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/25/2015 2:50:44 PM
JEFFREY D. KYLE
Clerk

**ALPHONSO CRUTCH LIFE SUPPORT CENTER, INC.,**
*Appellant ,*

**v.**

**MICHAEL L. WILLIAMS, COMMISSIONER OF EDUCATION; HOLLAND TIMMINS, DESIGNEE OF THE COMMISSIONER; AND THE TEXAS EDUCATION AGENCY,**

*Appellees.*

### From the 353rd Judicial District Court of

### Travis County, Texas

## APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF

Appellant Alphonso Crutch Life Support Center, Inc. asks the court to extend the time to file its brief.

### A. Introduction

1.     Appellant is Alphonso Crutch Life Support Center

2.     Appellee is Michael L. Williams, et. al.

3.     The deadline to file this response is December 9, 2015

4.     The motion is unopposed.

### B. Argument and Authorities

5.     The Court has authority under TRAP 38.6 and 10.5 to extend the time

to file the brief.

6. Appellant seeks an extension to January 11th, 2016 to file the brief and the appellee does not oppose.

7. No extension has been granted before to extend the time to file Appellant's brief.

8. Appellant needs additional time because of an extreme busy schedule, including the following: the week of November 9th taking depositions for a December arbitration; the week of November 16th serving as lead counsel in a 5 day trial; the week of November 23rd preparing pretrial disclosures for an upcoming arbitration and objections to witnesses and exhibits; and the undersigned counsel has two Arbitrations scheduled in early December. One is scheduled December 1-3 and the other December 7-11. Counsel has a deposition in another case set the next week and then the Holidays begin.

## C. Conclusion/Prayer

9. For these reasons Appellant asks the Court to grant an extension of time to file its brief until January 11, 2015.

Respectfully submitted,

**THE BLEDSOE LAW FIRM, PLLC**

By:**/s/ Gary L. Bledsoe**
Gary L. Bledsoe
State Bar No. 02476500
garybledsoe@sbcglobal.net
Alondra Johnson
ajohnson@thebledsoelawfirm.com
State Bar No. 24087801

316 W. 12th Street
Austin, Texas 78701
(512) 322-9992 Telephone
(512) 322-0840 Fax

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Beth Klusmann by telephone and e-mail and she has agreed and is unopposed to *Appellant's Motion to Extend Time.*

<u>/s/ **Gary L. Bledsoe**</u>

Gary Bledsoe

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to the following parties via e-mail/e-service, United States certified mail and/or via facsimile on this 25th day of November 2015.

Beth Klusmann
Assistant Solicitor General
bethklusmann@texasattorneygeneral.com
(512) 936-1914

<u>/s/ **Gary L. Bledsoe**</u>
Gary Bledsoe